# UNITED STATES DISTRICT COURT

for the

Middle District of NC

13th Division



Case No. _____

*(to be filled in by the Clerk's Office)*

Adam Wade Hall

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space above and attach an additional page with the full list of names.)*

-v-

NC. A of corr
Sgt. William Owens
CO. Joshua Adams
DHO. Janet M. Dexter

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space above and attach an additional page with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — Prose, Adam Wade Hall

All other names by which you have been known: — Adam Wade Locklear Hall, Red Eagle, Al KAREEM Muhammad

ID Number — 0939967

Current Institution — Tabor City corr

Address — 4600 Swamps fox Hwy W,
Tabor city      N.C.     28463
*City*      *State*      *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name — North Caroila Adult of correction

Job or Title *(if known)* — Head office over prison

Shield Number —

Employer —

Address — 831 W, MaRGAN StReet
Raleigh      NC      27603-1659
*City*      *State*      *Zip Code*

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

Name — Sgt William OweNS

Job or Title *(if known)* — Sgt at correction of Tabor

Shield Number —

Employer — Tabor correction INstī

Address — 4600 Swamps fox Hwy w
Tabor city      NC.      28463
*City*      *State*      *Zip Code*

☑ Individual capacity    ☐ Official capacity

Defendant No. 3
    Name                   JOSHUA Adams
    Job or Title *(if known)*  Correction Officer
    Shield Number
    Employer            Tabor Correction Insti°
    Address             4600 Swamp Fox Hwy W
                      Tabor City       NC     28463
                      *City*           *State*      *Zip Code*
                  [✓] Individual capacity     [ ] Official capacity

Defendant No. 4
    Name                   JANET M. DEXTER
    Job or Title *(if known)*  DHO Hearing Officer
    Shield Number        CJM 45
    Employer             Tabor Correction Insti°
    Address             4600 Swamp Fox Hwy W
                      Tabor City     N.C.    28463
                      *City*           *State*      *Zip Code*
                  [✓] Individual capacity     [ ] Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

    [ ] Federal officials (a *Bivens* claim)

    [✓] State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My 1st & 8th CONSTItution violated

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

It was inside Tabor correction Institution Blue Unit JF-cell 31

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

IN Tabor corr Blue unit JF31 cell, Sgt. Owens stop me IN prayer only cause I had a steet over my belang never Violated Poicly · by cover Door or window he could see ever Inch of my cell only stop me cause, Im musilm 6 Then co Adams said he kill me and was pull on me Hard when officer simmon step IN to stop it. also Mrs Dexter told me I couldn't say shit I was guilty IN her eyes for wear a kafc

C.    What date and approximate time did the events giving rise to your claim(s) occur?

05/16/23          ~~[struck out]~~ 5:40 PM

05/28/23          7:40 AM

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Out of all Defendants in claim I was stop of Prayer writeing up 3 diff times did over 25 days in seg Prayer Rug hole in it white sole Life on and then told i be kill and try use force to other co/simmion step IN to ~~stop~~ it. Thanks God And Radio and jvc HeadPhone Black Prayer Beads

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My Belongs was Takeing or damage Prayer Rug. Life was at Hand to point aother officer step in to stop. And made to hole time seg I sould Never had to

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want the court's to give me $2,000 for Hole claim damages belongs. Time I had do and money that was put to my Name when It souldn²t and Life on Line.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Tabor City Corr

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

I have it iN but they takeing there time and saying im li-eiNg.

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

Tabor CI 4885

2.   What did you claim in your grievance?

All thats iN claim Belongs mess up

3.   What was the result, if any?

They Drag it out moveing slow

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I'm go all the away

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

I did

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

SRG — STAFF
Warren — Bullard
Case Manager — Mr. Wilson

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I send Rest as they come I swear.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

I Believe so but No sure donot want lie this for really

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     06 - 20 - 23

Signature of Plaintiff     *Adam T Hall*

Printed Name of Plaintiff     Adam W. Hall

Prison Identification #     0973967

Prison Address     4600 Swamp Fox Hwy W
Tabor City           N.C.    28463
        *City*        *State*    *Zip Code*

### B.    For Attorneys

Date of signing:     _____

Signature of Attorney     _____
Printed Name of Attorney     _____
Bar Number     _____
Name of Law Firm     _____
Address     _____
        *City*        *State*    *Zip Code*
Telephone Number     _____
E-mail Address     _____

 **NC** Department of Adult Correction **North Carolina Department of Adult Correction**

PROTECTION • INNOVATION
REHABILITATION

Roy Cooper, Governor                                           Todd E. Ishee, Secretary

**DC-410 Screening Response**

**Regarding Grievance No.: 4885-2023-LPDLC-22684**
**Received:  06/15/2023**

**Inmate:   HALL, ADAM W - 0939967**
**Location:  4885-TABOR CI - LPDLC05A**

The grievance you have submitted has been accepted and will begin a review process. A response will be
sent within 15 calendar days of 06/15/2023.

06/15/2023                                        COX, SHAUNA M
_____                          _____
*Date*                                          *Staff Electronic Signature*

cc: CTS

**MAILING ADDRESS:**
4600 SWAMP FOX HIGHWAY
WEST
TABOR CITY, NC 28463



**OFFICE LOCATION:**
4600 SWAMP FOX HWY W.-HWY
904W
TABOR CITY, NC 28463
Telephone: (910)653-6413
Fax: (910)653-6837

WWW.NCDPS.GOV                     An Equal Opportunity Employer

DC–410 (Rev. 02/22)

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

Offender Name: Adam W. Hall     Offender #: 0939967

Location: RedUNit TCI # 4885     Date: 06-13-23

Grievance Statement: I'm fileing this DC-410 on Nc Department of ADULT correctional, and Sgt william owins of Tabor City corr # 4885. For 1st and 8th U.S. CoNstitution, Violations of my faith by stoping me iN pray and damage of my Prayer Rug and lose of My white Kufi Prayer cap. Along with Am/fm Radio with white JVC HeadPhone's. And 8th being Race war He stated and had me lie oN and confine to seg for Max of 69 days. To stop me from school and Islam faith STudys.

What remedy would resolve your grievance?: To RePlace all Items and pay me. for ever day iN Hole and Remove him Sgt. owins from Houseing uNit.

Offender Signature: Adam W Hall 26°

---

### OFFICIAL USE

Date received: 6/14/23     Receiving Officer Signature     Staff ID BBR16

Facility #: 4885     Year: 2023     Housing #: _____     Sequence #: _____

Distribution: White - Facility Copy; Pink - Offender Copy

INMATE NAME: HALL, ADAM W.          NCDOC#: 0939967
OFFENSE DATE: 05/28/23    TIME: 07:40      LOCATION: TABOR CI
HEARING DATE: 06/12/23    TIME: 12:45      LOCATION: TABOR CI

SUMMARY OF ALL INFORMATION, EVIDENCE, OR STATEMENTS DEVELOPED AT THE HEARING
RELATING TO GUILT OR INNOCENCE:
    BASED ON THE REPORTING PARTY'S STATEMENT, CORRECTIONAL
    OFFICER JOSHUA ADAMS STATED THAT ON 05/28/23 AT APPROX.
    0740 HE NOTIFIED OFFENDER ADAM HALL #0939967 ASSIGNED
    TO CELL JF-31 TO PACK UP BECAUSE HE WAS MOVING
    TO ANOTHER CELL. OFFICER ADAMS STATED OFFENDER HALL
    REPLIED,"FUCK NO, I'M NOT MOVING, YOU GOING TO HAVE TO
    TAKE ME TO RED." OFFICER ADAMS STATED HE THEN CALLED FOR
    ASSISTANCE AND OFFENDER HALL WAS ESCORTED TO THE RED UNIT,
    AND OFFENDER HALL WAS NOTIFIED OF DISCIPLINARY ACTION.
    OFFENDER HALL IS CHARGED WITH A B24 AND B25 OFFENSES.
    ***
    FOLLOWING THE READING OF THE SUMMARY OF EVIDENCE, OFFENDER
    WAS EXPLAINED HIS DISCIPLINARY AND APPEAL RIGHTS. OFFENDER
    PLED NOT GUILTY TO THE B24 AND B25 OFFENSES.
    ***
    OFFENDER CHECKED NO TO WRITTEN STATEMENTS AND LIVE
    WITNESSES. OFFENDER REQUESTED BLUE UNIT JF BLOCK FOOTAGE
    AS PHYSICAL EVIDENCE. OFFENDER DID NOT CHECK YES OR NO TO
    STAFF ASSISTANCE.
    ***
    OFFENDER HALL STATED ON 05/28/23 OFFICER BROOKS CAME TO
    HIS CELL AND GAVE HIM A DIRECT ORDER.TO PACK HIS STUFF TO
    MOVE TO CELL JD-22. HE TOLD HER HE COULD NOT BE ON THE TOP
    FLOOR DUE TO KNEE PROBLEMS, BUT HE DID GO BACK AND BEGIN
    TO PACK UP. OFFENDER HALL STATED OFC BROOKS AND OFC ADAMS
    AND SGT OWENS CAME TO HIS CELL AND TOLD HIM TO SUBMIT TO
    HANDCUFFS, AND HE DID. OFFENDER HALL STATED THIS WAS THE
    FIRST TIME HE SAW OFFICER ADAMS AND OFFICER ADAMS WAS
    CURSING AT HIM THE ENTIRE TIME, AND THAT IS WHEN OFFICER
    SAMMONS RELIEVED OFFICER ADAMS.
    ***
    CHUM BRANDON CRIBB STATED HE REVIEWED CAMERA FOOTAGE
    FOR AN INCIDENT ON 05/28/23 AT APPROXIMATELY 0740 INVOLVING
    OFFENDER ADAM HALL #0939967 AND VIDEO SHOWS OFFICER ADAMS
    AT THE OFFENDER'S CELL DOOR AND THEN SHOWS THE OFFENDER
    BEING ESCORTED OUT OF THE POD IN HANDCUFFS BY STAFF.
    ***
    AS AUDIO IS NOT AVAILABLE FOR THE INCIDENT AND DUE TO
    OPERATIONAL CONCERNS, THE INSIDE OF THE CELL IS NOT VISIBLE
    IN THE REVIEWED FOOTAGE, IT CAN NOT BE DETERMINED BY VIDEO
    REVIEW IF THE OFFENDER HAD MADE ANY ATTEMPT TO PACK HIS
    PROPERTY OR WHAT WORDS WERE EXCHANGED. THE REPORTING PARTY
    CAN BE SEEN AT THE OFFENDER'S DOOR AT THE TIME OF THE
    REPORTED INCIDENT.
    ***

INMATE NAME: HALL, ADAM W.        NCDOC#: 0939967
OFFENSE DATE: 05/28/23    TIME: 07:40    LOCATION: TABOR CI
HEARING DATE: 06/12/23    TIME: 12:45    LOCATION: TABOR CI

SUMMARY OF ALL INFORMATION, EVIDENCE, OR STATEMENTS DEVELOPED AT THE HEARING
RELATING TO GUILT OR INNOCENCE:
    CORRECTIONAL OFFICER TYRONE SAMMONS STATED HE TOOK OVER
    ESCORTING OFFENDER ADAM HALL #0939967 FROM THE BLUE UNIT TO
    THE RED UNIT WITH NO USE OF FORCE.
    ***
    CORRECTIONAL OFFICER SANTANA BROOKS STATED OFFICER ADAMS
    CAME TO THE SGT'S OFFICER AND TOLD  THEM OFFENDER ADAM
    HALL #0939967 HAD REFUSED A BED MOVEMENT, AND SHE AND SGT
    OWENS WENT TO HIS CELL AND PLACED OFFENDER HALL IN HANDCUFF
    AND HE WAS ESCORTED TO THE RED UNIT. OFFICER BROOKS STATED
    OFFENDER HALL HAD NOT PACKED HIS PROPERTY.
    ***
    CORRECTIONAL SGT WILLIAM OWENS STATED OFFENDER ADAM HALL
    #0939967 HAD NOT PACKED HIS PROPERTY, AND AFTER OFFICER
    ADAMS HAD GIVEN OFFENDER HALL A DIRECT ORDER TO MOVE TO
    ANOTHER CELL, HE SGT OWENS GAVE OFFENDER HALL A DIRECT
    ORDER TO SUBMIT TO HANDCUFFS AND HE WAS THEN ESCORTED TO
    THE RED UNIT DUE TO REFUSING A BED ASSIGNMENT.
    ***
    DURING THE HEARING, OFFENDER HALL'S VERBAL STATEMENT WAS
    CONSISTENT WITH HIS WRITTEN STATEMENT.
    ***
    BASED ON REPORTING PARTY'S STATEMENT AND INVESTIGATING
    OFFICER'S REPORT, THE OFFENDER IS FOUND GUILTY OF
    THE B24 AND B25 OFFENSES. SANCTIONS IMPOSED ARE CONSISTENT
    WITH CURRENT DIVISION POLICY; INFRACTION HISTORY TAKEN INTO
    CONSIDERATION WHEN APPLYING SANCTIONS.
    ***
    OFFENDER RESTRAINED & UNABLE TO SIGN. HE WAS PROVIDED A
    COPY OF THE RECORD OF HEARING, SANCTIONS AND APPEAL FORM.
    THIS WAS WITNESSED BY MRS JOHNSON (JOR01).

HEARING OFFICER DECISION:
 OFFENSE: I. B24    II. B25    III.
      GUILTY    GUILTY

HEARING OFFICER: CJM45 - DEXTER, JANET M.
    RECORDER: JOR01 - JOHNSON, OCTAVIA RUS

INMATE SIGNATURE: _____    DATE: ____/____/____

A. INMATE NAME: HALL, ADAM W.                    NCDOC#: 0939967
   FACILITY: TABOR CI            #: 4885   DATE OF REPORT: 06/06/23
   CRIME ( ) MISD.   INMATE ACTIVITY AT   CUSTODY LEVEL AT   DATE OF OFFENSE
   CLASS (X) FELON   TIME OF OFFENSE: 1   TIME OF OFFENSE: 2   05/28/23
   SSA   (X)

   OFFENSE CLASS & NUMBER   I: B24     II: B25     III:
   SUMMARY : BASED ON THE REPORTING PARTY'S STATEMENT, CORRECTIONAL
            OFFICER JOSHUA ADAMS STATED THAT ON 05/28/23 AT
            APPROXIMATELY 0740 HE NOTIFIED OFFENDER ADAM HALL #0939967
            ASSIGNED TO CELL JF-31 TO PACK UP BECAUSE HE WAS MOVING TO
            ANOTHER CELL. OFFICER ADAMS STATED OFFENDER HALL
            REPLIED,"FUCK NO, I'M NOT MOVING, YOU GOING TO HAVE TO TAKE
            ME TO RED." OFFICER ADAMS STATED HE THEN CALLED FOR
            ASSISTANCE, AND OFFENDER HALL WAS ESCORTED TO THE RED UNIT,
            AND OFFENDER HALL WAS NOTIFIED OF DISCIPLINARY ACTION.
            OFFENDER HALL IS CHARGED WITH A B24 AND B25 OFFENSES.
            OFFENDER PLED NOT GUILTY AND REFERRED TO DHO PER POLICY.
---------------------------------------------------------------------------
   I HEREBY WAIVE MY RIGHT TO 24 HOURS WRITTEN NOTICE BEFORE MEETING THE
   HEARING OFFICER.
      INMATE'S SIGNATURE: _____     DATE: _____
   IS STAFF ASSISTANCE REQUESTED?: N  STAFF ASSIGNED:
   MY RIGHTS WITH REGARD TO THE DISCIPLINARY HEARING AND REVIEW HAVE BEEN
   EXPLAINED TO ME AND I HEREBY ACKNOWLEDGE RECEIPT OF THESE CHARGES.
      INMATE'S SIGNATURE: _____     DATE: _____
---------------------------------------------------------------------------
B. SUPERINTENDENT'S DECISION:
   OFFENSE:              I: B24        II: B25        III:
   INMATE PLEA:             NOT GUILTY     NOT GUILTY

C. HEARING OFFICER'S DECISION:
   OFFENSE:       I:           II:            III:
   INMATE PLEA:
   ACTIVATE SUSPENDED SENTENCE DATED:          FOR ARTICLE(S)
---------------------------------------------------------------------------

| I. OFFENSE CLASS& NO: B-24 | II. OFFENSE CLASS& NO: B-25 | III. OFFENSE CLASS& NO:  - |
|---|---|---|
| 0 DAYS RHDP | 0 DAYS RHDP | DAYS RHDP |
| SUSPEND  MONTHS | SUSPEND  MONTHS | SUSPEND  MONTHS |
| DAYS CRED TIME LOSS | DAYS CRED TIME LOSS | DAYS CRED TIME LOSS |
| SUSPEND 0 MONTHS | SUSPEND 0 MONTHS | SUSPEND  MONTHS |
| 0 HOURS EXTRA DUTY | 0 HOURS EXTRA DUTY | HOURS EXTRA DUTY |
| SUSPEND  MONTHS | SUSPEND  MONTHS | SUSPEND  MONTHS |
| SUSPENSION OF | SUSPENSION OF | SUSPENSION OF |
| PRIVILEGES  DAS | PRIVILEGES  DAS | PRIVILEGES  DAS |
| SUSPEND  MONTHS | SUSPEND  MONTHS | SUSPEND  MONTHS |
| DEMOTE TO: | DEMOTE TO: | DEMOTE TO: |
| SUSPEND  MONTHS | SUSPEND  MONTHS | SUSPEND  MONTHS |
| MONTHS DRAW LIMITED | MONTHS DRAW LIMITED | MONTHS DRAW LIMITED |
| SUSPEND  MONTHS | SUSPEND  MONTHS | SUSPEND  MONTHS |

---------------------------------------------------------------------------

PLea Not GuiLty = He Never
give me order CO- BRooks did

INMATE NAME: HALL, ADAM W.                    NCDOC#: 0939967

APPROVED BY: BSL62 - BROWN, SHAWNA L        ON 06/06/23  AT 15:12 (UNIT)

FACILITY HEAD/DESIGNEE REVIEW:

    SIGNATURE: _____    DATE: _____

A. INMATE NAME: HALL, ADAM W.                    NCDOC#: 0939967
   FACILITY:    TABOR CI            #: 4885   DATE OF REPORT: 06/12/23
   CRIME ( ) MISD.    INMATE ACTIVITY AT    CUSTODY LEVEL AT    DATE OF OFFENSE
   CLASS (X) FELON    TIME OF OFFENSE: 1    TIME OF OFFENSE: 2   05/28/23
   SSA   (X)

   OFFENSE CLASS & NUMBER    I: B24    II: B25    III:
   SUMMARY : BASED ON THE REPORTING PARTY'S STATEMENT, CORRECTIONAL
             OFFICER JOSHUA ADAMS STATED THAT ON 05/28/23 AT
             APPROXIMATELY 0740 HE NOTIFIED OFFENDER ADAM HALL #0939967
             ASSIGNED TO CELL JF-31 TO PACK UP BECAUSE HE WAS MOVING TO
             ANOTHER CELL. OFFICER ADAMS STATED OFFENDER HALL
             REPLIED,"FUCK NO, I'M NOT MOVING, YOU GOING TO HAVE TO TAKE
             ME TO RED." OFFICER ADAMS STATED HE THEN CALLED FOR
             ASSISTANCE, AND OFFENDER HALL WAS ESCORTED TO THE RED UNIT,
             AND OFFENDER HALL WAS NOTIFIED OF DISCIPLINARY ACTION.
             OFFENDER HALL IS CHARGED WITH A B24 AND B25 OFFENSES.
             OFFENDER PLED NOT GUILTY AND REFERRED TO DHO PER POLICY.
-------------------------------------------------------------------------------
   I HEREBY WAIVE MY RIGHT TO 24 HOURS WRITTEN NOTICE BEFORE MEETING THE
   HEARING OFFICER.
       INMATE'S SIGNATURE: _____    DATE: _____
   IS STAFF ASSISTANCE REQUESTED?: N  STAFF ASSIGNED:
   MY RIGHTS WITH REGARD TO THE DISCIPLINARY HEARING AND REVIEW HAVE BEEN
   EXPLAINED TO ME AND I HEREBY ACKNOWLEDGE RECEIPT OF THESE CHARGES.
       INMATE'S SIGNATURE: _____    DATE: _____
-------------------------------------------------------------------------------
B. SUPERINTENDENT'S DECISION:
   OFFENSE:            I: B24        II: B25        III:
   INMATE PLEA:           NOT GUILTY     NOT GUILTY

C. HEARING OFFICER'S DECISION:
   OFFENSE:            I: B24        II: B25        III:
   INMATE PLEA:           NOT GUILTY     NOT GUILTY
   VERDICT:               GUILTY         GUILTY

D. SANCTIONS IMPOSED:
   ACTIVATE SUSPENDED SENTENCE DATED:         FOR ARTICLE(S)
-------------------------------------------------------------------------------
I.                         II.                       III.
OFFENSE CLASS& NO: B-24    OFFENSE CLASS& NO: B-25   OFFENSE CLASS& NO:  -
15 DAYS RHDP               15 DAYS RHDP                  DAYS RHDP
    SUSPEND   MONTHS           SUSPEND   MONTHS          SUSPEND   MONTHS
    DAYS CRED TIME LOSS        DAYS CRED TIME LOSS   DAYS CRED TIME LOSS
    SUSPEND 0 MONTHS           SUSPEND 0 MONTHS          SUSPEND   MONTHS
40 HOURS EXTRA DUTY        40 HOURS EXTRA DUTY       HOURS EXTRA DUTY
    SUSPEND   MONTHS           SUSPEND   MONTHS          SUSPEND   MONTHS
SUSPENSION OF CANTEEN      SUSPENSION OF TELEPHON    SUSPENSION OF
  RECREATION,                RADIO        ,                       ,
  PRIVILEGES   060 DAS        PRIVILEGES   060 DAS      PRIVILEGES    DAS
    SUSPEND   MONTHS           SUSPEND   MONTHS          SUSPEND   MONTHS
DEMOTE TO:                 DEMOTE TO:                DEMOTE TO:
    SUSPEND   MONTHS           SUSPEND   MONTHS          SUSPEND   MONTHS
2 MONTHS DRAW LIMITED      1 MONTHS DRAW LIMITED         MONTHS DRAW LIMITED
    SUSPEND   MONTHS           SUSPEND   MONTHS          SUSPEND   MONTHS

INMATE NAME: HALL, ADAM W.      NCDOC#: 0939967
OFFENSE DATE: 05/28/23   TIME: 08:42   LOCATION: TABOR CI
HEARING DATE: 06/12/23   TIME: 12:51   LOCATION: TABOR CI

SUMMARY OF ALL INFORMATION, EVIDENCE, OR STATEMENTS DEVELOPED AT THE HEARING
RELATING TO GUILT OR INNOCENCE:
    BASED ON THE REPORTING PARTY'S STATEMENT, CORRECTIONAL SGT.
    WILLIAM OWENS STATED THAT ON 05/28/23 AT APPROXIMATELY 0842
    WHILE SUPERVISING STAFF ESCORTING AN OFFENDER TO THE RED
    UNIT, OFFENDER ADAM HALL #0939967 WHO WAS IN A HOLDING CELL
    ON THE RED UNIT STATED,"OWENS, REMEMBER WHEN I GET OUT THE
    HOLE BITCH I'M GONNA GET YOU I PROMISE YOU THAT." SGT OWENS
    STATED OFFENDER HALL WAS NOTIFIED OF DISCIPLINARY ACTION.
    OFFENDER HALL IS CHARGED WITH A B18 OFFENSE.
    ***
    FOLLOWING THE READING OF THE SUMMARY OF EVIDENCE, OFFENDER
    WAS EXPLAINED HIS DISCIPLINARY AND APPEAL RIGHTS. OFFENDER
    PLED NOT GUILTY TO THE B18 OFFENSE.
    ***
    OFFENDER HALL CHECKED NO TO WRITTEN STATEMENTS, LIVE
    WITNESSES, AND STAFF ASSISTANCE. OFFENDER HALL REQUESTED
    RED UNIT VIDEO FOOTAGE AS PHYSICAL EVIDENCE.
    ***
    OFFENDER HALL STATED SGT OWENS IS LYING AND HE HAS BEEN
    WRITTEN UP THREE TIMES IN THE LAST WEEK BY SGT OWENS
    BECAUSE HE IS MUSLIM.
    ***
    CHUM BRANDON CRIBB STATED HE REVIEWED CAMERA FOOTAGE
    FOR AN INCIDENT ON 05/28/23 AT APPROXIMATELY 0842 INVOLVING
    OFFENDER ADAM HALL #0939967 AND VIDEO SHOWS AN INTERACTION
    AT THE HOLDING CELL BETWEEN OFFENDER HALL AND SGT OWENS AT
    THIS APPROXIMATE TIME.
    ***
    VIDEO REVIEWED BY THIS DHO SHOWS OFFENDER HALL AND SGT
    OWENS APPEAR TO HAVE A VERBAL EXCHANGE AT THE APPROXIMATE
    TIME OF THE REPORTED INCIDENT BUT AUDIO IS NOT AVAILABLE.
    ***
    DURING THE HEARING, OFFENDER HALL STATED HE DID USE
    PROFANITY TOWARDS SGT OWENS BUT DENIES THREATENING HIM.
    ***
    BASED ON REPORTING PARTY'S STATEMENT AND INVESTIGATING
    OFFICER'S REPORT, THE OFFENDER IS FOUND GUILTY OF
    THE B18 OFFENSE. SANCTIONS IMPOSED ARE CONSISTENT WITH
    CURRENT DIVISION POLICY; INFRACTION HISTORY TAKEN INTO
    CONSIDERATION WHEN APPLYING SANCTIONS.
    ***
    OFFENDER RESTRAINED & UNABLE TO SIGN. HE WAS PROVIDED A
    COPY OF THE RECORD OF HEARING, SANCTIONS AND APPEAL FORM.
    THIS WAS WITNESSED BY MRS JOHNSON (JOR01).

HEARING OFFICER DECISION:
 OFFENSE: I. B18     II.       III.
     GUILTY

HEARING OFFICER: CJM45 - DEXTER, JANET M.
    RECORDER: JOR01 - JOHNSON, OCTAVIA RUS

A. INMATE NAME: HALL, ADAM W.     NCDOC#: 0939967
   FACILITY:     TABOR CI     #: 4885 DATE OF REPORT: 06/06/23
   CRIME ( ) MISD.   INMATE ACTIVITY AT   CUSTODY LEVEL AT   DATE OF OFFENSE
   CLASS (X) FELON   TIME OF OFFENSE: 1 TIME OF OFFENSE: 2 05/28/23
   SSA   (X)

   OFFENSE CLASS & NUMBER  I: B18   II:     III:
   SUMMARY : BASED ON THE REPORTING PARTY'S STATEMENT, CORRECTIONAL SGT.
       WILLIAM OWENS STATED THAT ON 05/28/23 AT APPROXIMATELY 0842,
       WHILE SUPERVISING STAFF ESCORTING AN OFFENDER TO THE RED
       UNIT, OFFENDER ADAM HALL #0939967 WHO WAS IN A HOLDING CELL
       ON THE RED UNIT STATED,"OWENS, REMEMBER WHEN I GET OUT THE
       HOLE BITCH I'M GONNA GET YOU I PROMISE YOU THAT." SGT. OWENS
       STATED OFFENDER HALL WAS NOTIFIED OF DISCIPLINARY ACTION.
       OFFENDER HALL IS CHARGED WITH A B18 OFFENSE.
       OFFENDER PLED NOT GUILTY AND REFERRED TO DHO PER POLICY.
-------------------------------------------------------------------
   I HEREBY WAIVE MY RIGHT TO 24 HOURS WRITTEN NOTICE BEFORE MEETING THE
   HEARING OFFICER.
     INMATE'S SIGNATURE: _____     DATE: _____
   IS STAFF ASSISTANCE REQUESTED?: N  STAFF ASSIGNED:
   MY RIGHTS WITH REGARD TO THE DISCIPLINARY HEARING AND REVIEW HAVE BEEN
   EXPLAINED TO ME AND I HEREBY ACKNOWLEDGE RECEIPT OF THESE CHARGES.
     INMATE'S SIGNATURE: _____     DATE: _____
-------------------------------------------------------------------
B. SUPERINTENDENT'S DECISION:
   OFFENSE:     I: B18   II:     III:
   INMATE PLEA:    NOT· GUILTY

C. HEARING OFFICER'S DECISION:
   OFFENSE:     I:     II:     III:
   INMATE PLEA:
   ACTIVATE SUSPENDED SENTENCE DATED:     FOR ARTICLE(S)
-------------------------------------------------------------------
I.     II.     III.
OFFENSE CLASS& NO: B-18   OFFENSE CLASS& NO:  -   OFFENSE CLASS& NO:  -
0 DAYS RHDP         DAYS RHDP         DAYS RHDP
  SUSPEND   MONTHS     SUSPEND MONTHS    SUSPEND   MONTHS
DAYS CRED TIME LOSS     DAYS CRED TIME LOSS   DAYS CRED TIME LOSS
  SUSPEND 0 MONTHS     SUSPEND MONTHS    SUSPEND   MONTHS
0 HOURS EXTRA DUTY     HOURS EXTRA DUTY    HOURS EXTRA DUTY
  SUSPEND  MONTHS     SUSPEND MONTHS    SUSPEND   MONTHS
SUSPENSION OF     SUSPENSION OF    SUSPENSION OF

PRIVILEGES   DAS    PRIVILEGES   DAS    PRIVILEGES   DAS
  SUSPEND   MONTHS     SUSPEND MONTHS    SUSPEND   MONTHS
DEMOTE TO:     DEMOTE TO:     DEMOTE TO:
  SUSPEND   MONTHS     SUSPEND MONTHS    SUSPEND   MONTHS
MONTHS DRAW LIMITED     MONTHS DRAW LIMITED    MONTHS DRAW LIMITED
  SUSPEND   MONTHS     SUSPEND MONTHS    SUSPEND   MONTHS
-------------------------------------------------------------------

APPROVED BY: BSL62 - BROWN, SHAWNA L     ON 06/06/23  AT 15:16 (UNIT)

FACILITY HEAD/DESIGNEE REVIEW:     Not guilTY = I
                                   oNly use words as Bitch
                                   No I'm get you words.

A. INMATE NAME: HALL, ADAM W.                    NCDOC#: 0939967
   FACILITY:    TABOR CI          #: 4885    DATE OF REPORT: 06/12/23
   CRIME ( ) MISD.    INMATE ACTIVITY AT    CUSTODY LEVEL AT    DATE OF OFFENSE
   CLASS (X) FELON    TIME OF OFFENSE: 1    TIME OF OFFENSE: 2    05/28/23
   SSA  (X)

   OFFENSE CLASS & NUMBER    I: B18       II:          III:
   SUMMARY : BASED ON THE REPORTING PARTY'S STATEMENT, CORRECTIONAL SGT.
             WILLIAM OWENS STATED THAT ON 05/28/23 AT APPROXIMATELY 0842,
             WHILE SUPERVISING STAFF ESCORTING AN OFFENDER TO THE RED
             UNIT, OFFENDER ADAM HALL #0939967 WHO WAS IN A HOLDING CELL
             ON THE RED UNIT STATED,"OWENS, REMEMBER WHEN I GET OUT THE
             HOLE BITCH I'M GONNA GET YOU I PROMISE YOU THAT." SGT. OWENS
             STATED OFFENDER HALL WAS NOTIFIED OF DISCIPLINARY ACTION.
             OFFENDER HALL IS CHARGED WITH A B18 OFFENSE.
             OFFENDER PLED NOT GUILTY AND REFERRED TO DHO PER POLICY.
   ------------------------------------------------------------------------
   I HEREBY WAIVE MY RIGHT TO 24 HOURS WRITTEN NOTICE BEFORE MEETING THE
   HEARING OFFICER.
       INMATE'S SIGNATURE: _____    DATE: _____
   IS STAFF ASSISTANCE REQUESTED?: N  STAFF ASSIGNED:
   MY RIGHTS WITH REGARD TO THE DISCIPLINARY HEARING AND REVIEW HAVE BEEN
   EXPLAINED TO ME AND I HEREBY ACKNOWLEDGE RECEIPT OF THESE CHARGES.
       INMATE'S SIGNATURE: _____    DATE: _____
   ------------------------------------------------------------------------
B. SUPERINTENDENT'S DECISION:
   OFFENSE:          I: B18       II:          III:
   INMATE PLEA:         NOT GUILTY

C. HEARING OFFICER'S DECISION:
   OFFENSE:          I: B18       II:          III:
   INMATE PLEA:         NOT GUILTY
   VERDICT:             GUILTY

D. SANCTIONS IMPOSED:
   ACTIVATE SUSPENDED SENTENCE DATED:          FOR ARTICLE(S)
   ------------------------------------------------------------------------
I.                        II.                       III.
OFFENSE CLASS& NO: B-18   OFFENSE CLASS& NO:  -     OFFENSE CLASS& NO:  -
20 DAYS RHDP                  DAYS RHDP                 DAYS RHDP
    SUSPEND   MONTHS          SUSPEND   MONTHS          SUSPEND   MONTHS
    DAYS CRED TIME LOSS       DAYS CRED TIME LOSS       DAYS CRED TIME LOSS
    SUSPEND 0 MONTHS          SUSPEND   MONTHS          SUSPEND   MONTHS
40 HOURS EXTRA DUTY           HOURS EXTRA DUTY          HOURS EXTRA DUTY
    SUSPEND   MONTHS          SUSPEND   MONTHS          SUSPEND   MONTHS
SUSPENSION OF CANTEEN     SUSPENSION OF             SUSPENSION OF
  VISITATION,
PRIVILEGES   060 DAS      PRIVILEGES     DAS        PRIVILEGES     DAS
    SUSPEND   MONTHS          SUSPEND   MONTHS          SUSPEND   MONTHS
DEMOTE TO:                DEMOTE TO:                DEMOTE TO:
    SUSPEND   MONTHS          SUSPEND   MONTHS          SUSPEND   MONTHS
2 MONTHS DRAW LIMITED     MONTHS DRAW LIMITED       MONTHS DRAW LIMITED
    SUSPEND   MONTHS          SUSPEND   MONTHS          SUSPEND   MONTHS
   ------------------------------------------------------------------------

APPROVED BY: BSL62 - BROWN, SHAWNA L      ON 06/06/23  AT 15:16 (UNIT)

INMATE NAME: HALL, ADAM W.                    NCDOC#: 0939967
          CJM45 - DEXTER, JANET M.      ON 06/12/23  AT 12:51 (DHO)

FACILITY HEAD/DESIGNEE REVIEW:

     SIGNATURE: _____     DATE: _____


Roy Cooper, Governor                                         Todd E. Ishee, Secretary

**DC-410 Screening Response**

**Regarding Grievance No.: 4885-2023-LPDLC-22660**
**Received: 06/13/2023**

**Inmate:    HALL, ADAM W - 0939967**
**Location: 4885-TABOR CI - LPDLC05A**

The grievance you have submitted is being rejected for the following reason:

More than one incident

Rejection Justification:

The Administrative Remedy Procedure, Section .0300 of the North Carolina Department of Adult Correction
Prisons Policy and Procedures, provides:
.0306 Rejection of Grievances
(c) . . . a grievance may be rejected at any level if:
(4) The inmate has requested a remedy for more than one incident (see Section .0304).

OFFENDER SUBMITTED GRIEVANCE WITH MORE THAN ONE INCIDENT NOTED. OFFENDER
GRIEVING HIS "FAITH", AND STATES SGT WILLIAM OWENS IS A "BIG PROBLEM"; HOWEVER
DOES NOT NAME INCIDENT WHY HE IS A "BIG PROBLEM". IS NOT SPECIFIC AND DOES NOT
CITE SPECIFIC INCIENTS OF STAFF DISRESPECT.

06/13/2023                              BIANCARDI, ROSEMARY E.
_Date_                                  _Staff Electronic Signature_

cc: CTS

MAILING ADDRESS:
4600 SWAMP FOX HIGHWAY
WEST
TABOR CITY, NC 28463



OFFICE LOCATION:
4600 SWAMP FOX HWY W.-HWY
904W
TABOR CITY, NC 28463
Telephone: (910)653-6413
Fax: (910)653-6837

WWW.NCDPS.GOV                    An Equal Opportunity Employer